■ UNITED STATES *versus* THREE HEAD BEEF CATTLE, TEN GALLONS VINEGAR AND KEG, ONE TEN GALLON KEG, ONE LANTERN AND LAMP, EIGHT BARRELS APPLES, ONE SCOW, ONE OAR, AND TWO PADDLES. ■

JOURNAL ENTRIES: (1) Dec. 7, 1829: libel filed, time fixed for trial, notice ordered published; (2) Dec. 28, 1829: publication proved, proclamation made, motion for judgment of forfeiture and order for sale; (3) Jan. 1, 1830: property condemned, sale and notice of sale ordered.

PAPERS IN FILE (1829–30): (1) Libel; (2) printer's bill; (3) copy of order of sale, return, printer's bill; (4) additional return of sale; (5) clerk's account, receipt.

*File No.* 37 of 1829.